FILED

JAN 10 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM WALLACE, | No   10-80319 VRW MISC |
| Plaintiff, | ORDER |
| v | |
| UNITED STATES DEPARTMENT OF DEFENSE et al, | |
| Defendants. | |

Pursuant to a pre-filing order issued on November 18, 2004, see Wallace v United States Government, 04-cv-1147 FMS Doc #21, plaintiff John William Wallace is required to obtain judicial permission before filing any new claim. The court has reviewed the above-captioned complaint and determines that Wallace has failed to state any cognizable claim. Accordingly, leave to file is DENIED. The clerk is DIRECTED to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

John William Wallace,

                          C10-80319 (MISC) VRW

      v.

U.S. Dept of Defense,      **CERTIFICATE OF SERVICE**

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk,
 U.S. District Court, Northern District of California.

That on January 10, 2011 I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John William Wallace
General Delivery
Pasco, Washington 99301


Dated: January 10, 2011


                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk

                                      *Cora Klein* (signature)